AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street<br>New York, NY 10007<br>Chambers 640 Moynihan Courthou | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Foundation #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

U.S.C. FINANCIAL DISCLOSURE OFFICE 2007 AUG 15 P 3: 11 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Morgan Stanley & Co.-CAP Award |
| 2. 2006 | ██████████-Consulting Fee |
| 3. 2006 | Emmis Communications Corp -Director Fees |
| 4. 2006 | CSG Systems Inc-Director Fee |
| 5. 2006 | ████████- Director Fee |
| 6. 2006 | Kohl's Department Stores Inc-Director Fee |
| 7. 2006 | Northstar Realty Finance Corp -Director Fee |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

4. _____

5. _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley Venture Investors III (IRA) | Capital Contribution | K |
| 2. | Morgan Stanley Venture Investors III LP | Capital Contribution | K |
| 3. | Skyline Venture Partners LP | Capital Contribution | K |
| 4. | United States Treasury | Federal Income Taxes(2006 Bal Due) | P1 |
| 5. | New York State Deaprtment of Taxation | New York State Income Taxes(2006 Bal due) | O |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. Computer Assoc.Int'l Com (IRA) | | None | | | Sale | 1/12 | K | | |
| 3. Intel Corp. Com (IRA) | | None | | | Sale | 1/12 | M | | |
| 4. Kohl's Corp. Com (IRA) | | None | P1 | T | | | | | |
| 5. Thornberg Value Fund Class A Mut Fd. (IRA) | E | Dividend | O | T | | | | | |
| 6. PW First Jewel Associate,L.P. | | None | J | U | | | | | |
| 7. Morgan Stanley Venture Investors III LP (IRA) | D | Distribution | L | U | Partial Sale | 9/15 | K | | See Note # 1 |
| 8. | | | | | Partial Sale | 12/27 | J | | |
| 9. | | | | | Stock Distr. | 11/15 | J | | See Note # 3 |
| 10. Hewlett Packard Com (IRA) | A | Dividend | J | T | | | | | |
| 11. Intel Corp Com (Trust #2) | A | Dividend | K | T | | | | | |
| 12. Kohl's Corp Com (Trust #2) | | None | O | T | | | | | |
| 13. Morgan Stanley Venture Investors III LP | D | Distribution | L | U | Partial Sale | 9/15 | K | | See Note #1 |
| 14. | | | | | Partial Sale | 12/27 | J | | |
| 15. | | | | | Stock Distr | 11/15 | J | | See Note # 3 |
| 16. Psychemedics Corp. Com | A | Dividend | J | T | | | | | |
| 17. Thornburg Ltd Term Muni Fund Nat'l | G | Dividend | P1 | T | Partial Sale | 10/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EES 1985 LP | | None | | | Liquidation | 1/2 | J | | |
| 19. EES 1986 LP | C | Distribution | J | U | | | | | See Note # 1 |
| 20. Citibank(Checking) | A | Interest | K | T | | | | | |
| 21. Citibank(Savings) | A | Interest | J | T | | | | | |
| 22. Citibank(Savings) | A | Interest | J | T | | | | | |
| 23. Citibank(Savings) | A | Interest | J | T | | | | | |
| 24. Skyline Venture Partners,L.P. | B | Distribution | M | U | Buy | 11/30 | J | | See Note # 1 |
| 25. | | | | | Partial Sale | 11/30 | J | | |
| 26. Information Associates-II,L.P. | | None | K | U | | | | | |
| 27. MSCP III L.P. | F | Distribution | N | U | Partial Sale | 7/11 | N | | See Note # 1 |
| 28. McKinley Capital Realty Partners,LLC | | None | J | U | | | | | |
| 29. ▉▉▉▉(1998 300,0000) | | None | N | R | | | | | |
| 30. ▉▉▉▉(1998 300,000) | | None | N | R | | | | | |
| 31. Mellon Bank of NE | D | Interest | M | T | | | | | |
| 32. Bond Finance International Con Due 7/(IRA) | | None | J | T | | | | | |
| 33. Northwestern Mututal Life | A | Interest | J | T | | | | | |
| 34. Citibank Checking (Trust # 2) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EVILCO Life Insurnace (Trust # 1) | A | Interest | J | T | | | | | |
| 36. Northwestern Mututal Life (Trust#1) | A | Interest | L | T | | | | | |
| 37. Northwestern Mututal Life(Trust #1) | | None | K | T | | | | | |
| 38. PHL Insurnace (Trust #1) | | None | L | T | | | | | |
| 39. Passport Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 40. SFM Domestic Investments LLC | H1 | Distribution | P1 | U | Buy | 3/23 | K | | See Note # 1 |
| 41. | | | | | Buy | 4/26 | K | | |
| 42. | | | | | Partial Sale | 1/28 | P1 | | |
| 43. | | | | | Partial Sale | 4/28 | O | | |
| 44. | | | | | Partial Sale | 5/18 | P1 | | |
| 45. | | | | | Partial Sale | 7/31 | N | | |
| 46. | | | | | Partial Sale | 11/20 | M | | |
| 47. | | | | | Stock Distr | 12/4 | M | | See Note # 3 |
| 48. Sunrise Capital Special Partners, LLC | E | Distribution | O | U | Buy | 1/18 | J | | See Note # 1 |
| 49. | | | | | Buy | 4/4 | J | | |
| 50. | | | | | Buy | 10/16 | J | | |
| 51. CSG Systems International Inc.Com | | None | P1 | T | Buy | 7/6 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

| | B. Income | | | | | | | | transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (Q-W) | | | | | |
| 52. | | | | | Buy | 8/1 | P1 | | |
| 53. | | | | | Partial Sale | 8/1 | P1 | B | |
| 54. | | | | | Partial Sale | 8/7 | L | C | |
| 55. Quantum Fund(IRA) | | None | P1 | T | | | | | |
| 56. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 57. Skyline Venture Partners Qualified Purchase Fund II | | None | O | U | Buy | 7/12 | J | | |
| 58. | | | | | Stock Distr | 11/6 | K | | See Note # 3 |
| 59. Trident Capital Fund-IV LP | | None | L | U | Partial Sale | 8/30 | K | | |
| 60. Sentinel Capital Partners II LP | G | Distribution | O | U | Partial Sale | 1/24 | N | | See Note # 1 |
| 61. | | | | | Partial Sale | 6/29 | L | | |
| 62. Soros Private Equity Partners LLC | H1 | Distribution | O | U | | | | | See Note # 1 |
| 63. Summit Mariner LLC/JP Morgan Checking | C | Interest | M | T | | | | | |
| 64. Rental # 1 /JPMorgan Checking | B | Interest | K | T | | | | | |
| 65. Rental # 1 ▓▓▓▓ (1999 $ 825,000,)(2006 $1,100,000) | D | Rent | P1 | R | Buy | 1/17 | P1 | | |
| 66. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | O | R | | | | | |
| 67. Rental # 2/JP Morgan -Checking | A | Interest | J | T | | | | | |
| 68. JP Morgan(Checking)- | A | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Andex Resources LLC | G | Distribution | O | U | | | | | See Note # 1 |
| 70. Sorco Interfund LP | | None | N | U | | | | | |
| 71. Long Island Power Authority Bond 6% 12/07 | E | Interest | O | T | | | | | |
| 72. NYC General Obligation Bonds 5.25 due 08/06 | D | Interest | | | Redemption | 8/1 | L | | |
| 73. NYS Dorm. Authority Bond 5.75% due 07/08 | E | Interest | O | T | | | | | |
| 74. NYS Dorm. Authority Bond 7.5% due 07/10 | C | Interest | K | T | Partial Sale | 73 | J | | |
| 75. JP Morgan NY Tax-Free M/M Fund | E | Interest | P1 | T | | | | | |
| 76. Vacant Land ▓▓▓▓▓ (1999 $ 425,000 ) | | None | N | R | | | | | |
| 77. Five Point Fund LLC | | None | L | U | | | | | |
| 78. Trident Capital Fund V LP | | None | N | U | Partial Sale | 6/30 | K | | |
| 79. | | | | | Buy | 7/3 | K | | |
| 80. | | | | | Stock Distr | 8/2 | K | | See Note # 3 |
| 81. Nassau Point Partners I LP | | None | O | U | | | | | |
| 82. Nimblegen Systems LLC Preferred | | None | P1 | T | Buy | 12/20 | N | | |
| 83. Karsch Capital II LP | G | Distribution | P1 | U | Buy | 1/17 | O | | See Note # 1 |
| 84. Origin Investors LP | | None | K | U | Partial Sale | 11/1 | J | | |
| 85. Linx Partners (Q) LP | G | Distribution | P1 | U | Partial Sale | 2/13 | K | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Partial Sale | 6/7 | N | | |
| 87. | | | | | Partial Sale | 8/29 | K | | |
| 88. | | | | | Partial Sale | 10/11 | N | | |
| 89. | | | | | Partial Sale | 12/29 | K | | |
| 90. Grove Capital Commitment Partners LP | G | Distribution | P1 | U | Partial Sale | 1/4 | K | | See Note # 1 |
| 91. | | | | | Partial Sale | 6/8 | K | | |
| 92. | | | | | Partial Sale | 7/12 | J | | |
| 93. Martha's Vineyard Golf Partners LLC | | None | K | U | | | | | |
| 94. Silvaris Corp Preferred B | A | Dividend | N | T | | | | | |
| 95. NY College Savers Program Series 151 | A | Interest | J | T | | | | | |
| 96. JP Morgan (Checking) | G | Interest | P2 | T | | | | | |
| 97. NY State Dorm.Auth 6.1% due 07/19 | E | Interest | O | T | | | | | |
| 98. NY NY Transitional 5.3% due 11/09 | E | Interest | N | T | | | | | |
| 99. NYS Mtge Agency 5.65% due 10/11 | D | Interest | M | T | | | | | |
| 100. Rome NY HSG DEV 6.25% due 01/18 | D | Interest | M | T | | | | | |
| 101. Oneida Cnty NY 6.25% due 06/15 | E | Interest | O | T | | | | | |
| 102. NY City HSG Dev 5.5% due 11/09 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brookhaven, NY IDAR FLT Rate due 11/01/31 | D | Interest | | | Partial Sale | 11/1 | N | A | |
| 104. | | | | | Sale | 11/3 | J | A | |
| 105. Dunquesne Fund,LP | G | Distribution | | | Partial Sale | 4/3 | P1 | | See Note # 1 |
| 106. | | | | | Sale | 6/23 | O | | |
| 107. JK & B Capital IV QIP LP | | None | P1 | U | Buy | 1/2 | M | | |
| 108. | | | | | Buy | 2/27 | M | | |
| 109. | | | | | Buy | 8/24 | L | | |
| 110. Perseus Biopharmaceutical Investor LP | G | Distribution | P1 | U | Buy | 3/20 | M | | See Note # 1 |
| 111. | | | | | Buy | 12/29 | K | | |
| 112. | | | | | Partial Sale | 3/20 | O | | |
| 113. | | | | | Partial Sale | 6/2 | N | | |
| 114. | | | | | Partial Sale | 7/28 | L | | |
| 115. | | | | | Partial Sale | 12/29 | N | | |
| 116. Skyline Venture Partners Qualified Purchaser Fund III LP | | None | O | U | Buy | 1/9 | K | | |
| 117. | | | | | Buy | 3/13 | K | | |
| 118. | | | | | Buy | 4/17 | K | | |
| 119. | | | | | Buy | 7/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 9/11 | K | | |
| 121. | | | | | Buy | 12/7 | K | | |
| 122.  Towerbrook Private Equity Partners LP | H2 | Distribution | P2 | U | Buy | 5/9 | M | | See Note # 1 |
| 123. | | | | | Partial Sale | 3/27 | P2 | | |
| 124. | | | | | Partial Sale | 4/7 | P1 | | |
| 125. | | | | | Partial Sale | 7/5 | O | | |
| 126. | | | | | Buy | 9/6 | N | | |
| 127. | | | | | Buy | 11/30 | K | | |
| 128. | | | | | Partial Sale | 11/30 | P2 | | |
| 129. | | | | | Partial Sale | 12/7 | P1 | | |
| 130. | | | | | Stock Distr. | 8/2 | O | | See Note # 3 |
| 131.  TCP Limited Partners LLC | H2 | Distribution | P3 | U | Partial Sale | 1/6 | L | | See Note # 1 |
| 132. | | | | | Partial Sale | 4/7 | P1 | | |
| 133. | | | | | Partial Sale | 11/30 | P1 | | |
| 134. | | | | | Partial Sale | 12/7 | P1 | | |
| 135. | | | | | Stock Distr | 8/2 | N | | See Note # 3 |
| 136.  Grove II LP | H1 | Distribution | P1 | U | Partial Sale | 1/4 | L | | See Note # 1 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Partial Sale | 6/8 | M | | |
| 138. | | | | | Partial Sale | 7/12 | K | | |
| 139. Tactics II LP | | None | N | U | Buy | 2/23 | L | | |
| 140. | | | | | Buy | 11/20 | M | | |
| 141. Bk of NY-Govt 3rd Party Repo (Found #1) | E | Interest | M | T | | | | | |
| 142. JP Morgan Checking(Foundation #1) | A | Interest | N | T | | | | | |
| 143. Nassau Point Partners II LP | | None | O | U | | | | | |
| 144. Harris Insight MM(Trust #2) | A | Interest | | | Trans. Out | 3/16 | K | | See Note # 5 |
| 145. MM Community Funding III Sub Note | G | Dividend | N | T | | | | | |
| 146. OR Music LLC | | None | J | U | | | | | |
| 147. Colonial Printing LLC N/C The EPI Companies LLC | | None | M | U | Buy | 5/17 | J | | See Note # 6 |
| 148. | | | | | Partial Sale | 5/2 | J | | |
| 149. Windstar Capital LLC Notes Receivable | | None | N | T | | | | | |
| 150. Jetblue Airways Rstd Com | | None | K | T | Buy | 1/9 | J | | |
| 151. Jetblue Airways Rstd Com | | None | K | T | Buy | 1/9 | J | | |
| 152. Jetblue Airways Rstd Com | | None | K | T | Buy | 1/9 | J | | |
| 153. SFM Participation LP | | None | J | U | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Capital Income Builders Fd Cl A(IRA) | B | Dividend | K | T | | | | | |
| 155. Kinderhook NY GO 6.0 6/15/07 | D | Interest | M | T | | | | | |
| 156. NY NY UNLTD 6.25 4/15/06 | E | Interest | | | Redemption | 4/17 | N | | |
| 157. NYS Env 6.7 6/15/10 | D | Interest | M | T | | | | | |
| 158. MTA 5.00 11/15/07 | D | Interest | M | T | | | | | |
| 159. NY HSG 6.375 9/15/15 | D | Interest | L | T | | | | | |
| 160. NYC Health & Hosp 4.2 2/15/07 | D | Interest | M | T | | | | | |
| 161. Onondaga Cnty NY 4.125 5/1/07 | C | Interest | M | T | | | | | |
| 162. MSIF Money Market /N/C MSILF M/M | A | Dividend | J | T | | | | | See Note # 7 |
| 163. MSIF Money Market N/C MSILF M/M | A | Dividend | J | T | | | | | See Note # 7 |
| 164. MSIF Money Market N/C MSILF M/M | A | Dividend | J | T | | | | | See Note # 7 |
| 165. Bioenvision Inc (Com) | | None | | | Sale | 3/13 | L | F | |
| 166. Nassau Cnty NY GO 5.125 1/1/07 | D | Interest | M | T | | | | | |
| 167. Hempstead Town NY 4.875 12/1/06 | D | Interest | | | Redemption | 12/1 | M | | |
| 168. NY ST TWY Auth 6.0 4/1/06 | C | Interest | | | Redemption | 4/3 | L | | |
| 169. Long Island Power 5.5 12/1/06 | E | Interest | | | Redemption | 12/1 | N | | |
| 170. NYS Dormitory 5.0 8/15/07 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NYS TWY Auth 5.0 4/1/07 | C | Interest | M | T | | | | | |
| 172. Puerto Rico Pub Bldg 4.0 7/1/26 | E | Interest | N | T | | | | | |
| 173. Hyde Park Sch 6.45 3/15/06 | D | Interest | | | Redemption | 3/15 | M | | |
| 174. NYS Dormitory 5.0 2/15/07 | D | Interest | M | T | | | | | |
| 175. NY NY Ser H 5.75 3/15/08 | D | Interest | | | Sale | 3/15 | N | | |
| 176. NYS Urban Dev 5.6 4/1/06 | C | Interest | | | Redemption | 4/3 | L | | |
| 177. Suffolk County WTR 4.625 6/1/07 | C | Interest | K | T | Partial Sale | 6/1 | K | | |
| 178. NYS Dormitory 4.0 2/15/06 | D | Interest | | | Redemption | 2/15 | N | | |
| 179. NYS Dormitory 4.25 1/15/06 | C | Interest | | | Redemption | 1/15 | M | | |
| 180. NY NY Mun Water 5.875 6/15/26 | D | Interest | | | Sale | 6/15 | N | | |
| 181. Nassau Cnty NY DD 6.5 5/1/07 | D | Interest | M | T | | | | | |
| 182. NYS Urban Dev 5.7 1/1/27 | D | Interest | M | T | | | | | |
| 183. Glen Cove NY Ser A 5.375 1/15/10 | D | Interest | M | T | | | | | |
| 184. NYS Dormitory 9.0 10/10/07 | E | Interest | N | T | | | | | |
| 185. Northstar Realty Finance Corp Com | G | Dividend | P1 | T | | | | | |
| 186. Lucent Technologies Warrants | | None | | | Sale | 9/7 | J | C | |
| 187. Quadramed Corp Com | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Bank of NY Gov't Repo MM | D | Interest | M | T | | | | | |
| 189. Tidewater Acquisition Inc Com | | None | J | T | | | | | |
| 190. Tidewater Acquisition Inc Pfd | D | Dividend | L | T | | | | | |
| 191. ARX Global HighYield Sec Fund I LP | F | Distribution | P1 | U | | | | | See Note # 1 |
| 192. Eclectic Investment Partners LP | E | Distribution | O | U | | | | | See Note # 1 |
| 193. Kinderhook Capital I LP | G | Distribution | P1 | U | Buy | 2/3 | L | | See Note # 1 |
| 194. | | | | | Buy | 6/1 | K | | |
| 195. | | | | | Partial Sale | 6/1 | M | | |
| 196. | | | | | Buy | 7/10 | M | | |
| 197. | | | | | Partial Sale | 10/17 | N | | |
| 198. | | | | | Buy | 12/4 | M | | |
| 199. Morris Global Strategies LP | G | Distribution | O | U | Buy | 9/21 | L | | See Note # 1 |
| 200. Capital World Grth & Incm Fd Cl A(IRA) | D | Dividend | M | T | | | | | |
| 201. Thornburg CRE GWT I | | None | M | T | | | | | |
| 202. Thornburg CRE GWT I | | None | L | T | | | | | |
| 203. Thornburg CRE GWT I | | None | L | T | | | | | |
| 204. Liquid Asset Portfolio Money Market(IRA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| N/C STIT Liq Asset | | | | | | | | | |
| 205. Thornburg-Core Growth A(Trust #2) | | None | L | T | | | | | |
| 206. NYS Dorm 5.25 8/15/06 | E | Interest | | | Redemption | 8/15 | N | | |
| 207. Long Island Power 5.5 12/1/09 | F | Interest | P1 | T | | | | | |
| 208. MTA 5.0 11/15/06 | C | Interest | | | Redemption | 11/15 | L | | |
| 209. NYC GO 5.25 8/1/09 | C | Interest | M | T | | | | | |
| 210. NY NY DD 6.25 5/15/06 | D | Interest | | | Redemption | 5/15 | M | | |
| 211. NY NY DD 5.0 8/15/16 | D | Interest | M | T | | | | | |
| 212. NYS Dormitory 5.0 8/1/07 | D | Interest | M | T | | | | | |
| 213. NYS Dormitory 5.0 7/1/09 | C | Interest | M | T | | | | | |
| 214. NYS Dormitory 6.0 7/1/07 | E | Interest | N | T | | | | | |
| 215. NYS Energy 5.9 12/1/06 | E | Interest | | | Redemption | 12/1 | O | | |
| 216. NYS Power Auth 6.5 1/1/08 | E | Interest | L | T | Partial Sale | 1/3 | M | | |
| 217. NYS GO 5.25 8/1/08 | F | Interest | P1 | T | | | | | |
| 218. Erie Cnty NY 5.0 5/1/09 | D | Interest | M | T | | | | | |
| 219. NYS GO 6.0 11/15/08 | E | Interest | N | T | | | | | |
| 220. Niagra Falls NY 5.625 6/15/10 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. NYC GO 4.125 3/15/10 | C | Interest | M | T | | | | | |
| 222. NYC Transitional 5.25 11/15/11 | E | Interest | N | T | | | | | |
| 223. NYS Dormitory 5.0 2/15/11 | E | Interest | P1 | T | | | | | |
| 224. Puerto Rico Elec Power 5.25 7/1/06 | D | Interest | | | Redemption | 7/3 | M | | |
| 225. Puerto Rico Aqueduct SWR Auth 5.9 7/1/06 | D | Interest | | | Partial Sale | 1/3 | M | | |
| 226. | | | | | Sale | 7/3 | L | | |
| 227. Suffolk County NY 5.0 2/1/09 | E | Interest | P1 | T | | | | | |
| 228. NYC Mun Water 5.8 6/15/29 | F | Interest | P1 | T | | | | | |
| 229. Tobacco Settlement Finc Corp 5.0 6/1/07 | E | Interest | N | T | | | | | |
| 230. NYS Dormitory 5.75 2/15/08 | F | Interest | P1 | T | | | | | |
| 231. NYS Dormitory 4.0 8/1/07 | D | Interest | N | T | | | | | |
| 232. NYS Dormitory 5.25 7/1/09 | E | Interest | P1 | T | | | | | |
| 233. NYS TWY Auth 5.5 4/1/07 | E | Interest | O | T | | | | | |
| 234. Port Authority NY NJ 4.375 12/1/07 | D | Interest | M | T | | | | | |
| 235. Yonkers NY 6.25 2/1/16 | E | Interest | N | T | | | | | |
| 236. NYS TWY Auth 5.25 4/1/08 | D | Interest | M | T | | | | | |
| 237. NYC GO 5.125 3/15/19 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 238. Nassau Cnty NY 4.0 11/15/08 | C | Interest | M | T | | | | | |
| 239. NYS TWY Auth 5.75 4/1/16 | C | Interest | | | Redemption | 4/3 | M | | |
| 240. US Treasury Bill 2/16/06 | D | Interest | | | Redemption | 2/16 | O | | |
| 241. JP Morgan Tax Free MM Premier Sweep | A | Interest | J | T | | | | | |
| 242. UTS Energy Corp (Com) | | None | L | T | | | | | |
| 243. Safeway Inc (Com) | B | Dividend | N | T | | | | | |
| 244. Vornado Realty Trust(Com) | D | Dividend | | | Sale | 3/17 | O | F | |
| 245. ABB LTD(Com) | | None | | | Sale | 4/24 | M | F | |
| 246. Emmis Broadcasting Corp Cl A (Com) | E | Dividend | K | T | Buy | 1/6 | L | | |
| 247. KDP Holdings LLC(Promissory Note) | | None | | | Redemption | 3/6 | L | | |
| 248. Merrill Lynch Redi Assets (MM) | A | Dividend | J | T | | | | | |
| 249. R Thompson Trucking(Subordinated Note) | B | Interest | K | T | | | | | |
| 250. R Thompson Trucking(Preferred Stock) | | None | K | T | | | | | |
| 251. R Thompson Trucking(Com) | | None | K | T | | | | | |
| 252. Colonial Printing LLC(Sub Note)N/C The EPI Co LLC Sub Note | C | Interest | K | T | | | | | See Note # 6 |
| 253. Menemsha Captial Partners Ltd | E | Distribution | P1 | U | | | | | See Note # 1 &<br>Note # 8 |
| 254. --Snow Beverage Corp Preferred C | | | | | Buy | 7/10 | O | | See Note # 8 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. --Intent Mediaworks Ser A Preferred | | | | | Buy | 7/17 | O | | See Note # 8 |
| 256. --Intent Mediaworks Senior Convertible Promissory Note | | | | | Buy | 12/12 | N | | See Note # 8 |
| 257. Alba Advisors LLC | A | Distribution | L | U | | | | | See Note # 1 |
| 258. Camulos Partners LP | G | Distribution | P2 | U | | | | | See Note # 1 |
| 259. Capital SLI Group LLC | | None | P1 | U | | | | | |
| 260. CGI Partners,LP | G | Distribution | P2 | U | Buy | 3/3 | O | | See Note # 1 |
| 261. | | | | | Buy | 6/24 | O | | |
| 262. | | | | | Buy | 10/3 | O | | |
| 263. | | | | | Buy | 10/4 | P1 | | |
| 264. Duma Global Opportunity Fund LP | | None | P1 | U | | | | | |
| 265. Micell Technologies Inc.(Com) | | None | K | T | | | | | |
| 266. The Eroica Fund LP | | None | | | Sale | 5/31 | N | | |
| 267. 441 East 57th Street LLC | | None | P1 | U | Buy | 2/7 | P1 | | |
| 268. | | | | | Buy | 2/15 | K | | |
| 269. Half Shell Entertainment Films LLC | | None | K | U | | | | | |
| 270. ICP D100 LLC | A | Distribution | M | U | | | | | See Note # 1 |
| 271. ICP D400 LLC | | None | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. ICP D200 LLC | | None | M | U | | | | | |
| 273. ICP 2800A LLC | D | Distribution | N | U | Partial Sale | 1/31 | J | | See Note # 1 |
| 274. | | | | | Partial Sale | 4/28 | J | | |
| 275. | | | | | Partial Sale | 7/31 | J | | |
| 276. | | | | | Partial Sale | 10/31 | J | | |
| 277. Linx Partners II LP | | None | M | U | Buy | 2/13 | N | | |
| 278. | | | | | Partial Sale | 12/29 | J | | |
| 279. Lone Cypress Company Ltd | G | Distribution | P1 | U | Partial Sale | 6/19 | L | | See Note # 1 |
| 280. | | | | | Partial Sale | 12/31 | J | | |
| 281. 133 West 4th Street LLC | | None | P1 | U | | | | | |
| 282. SEEF Manager LLC | | None | N | U | | | | | |
| 283. Semper Vic Partners (QP)LP | D | Distribution | P1 | U | | | | | See Note # 1 |
| 284. Sentinel Capital Investors III LP | | None | M | U | Buy | 6/13 | M | | |
| 285. | | | | | Partial Sale | 6/23 | K | | |
| 286. SFM Participation II LP | | None | P1 | U | Buy | 3/20 | M | | |
| 287. | | | | | Buy | 6/27 | O | | |
| 288. | | | | | Buy | 9/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Buy | 12/13 | N | | |
| 290. | | | | | Partal Sale | 12/31 | K | | |
| 291. Triad Liquidating Company LLC | | None | J | U | | | | | |
| 292. HorseTV Media Group Inc Ser A (Com) | | None | M | T | | | | | |
| 293. Venn Global Opportunity Fund LP | D | Distribution | P1 | U | | | | | See Note # 1 |
| 294. North Salem Acquisition & Development Fund 2005 LP | | None | P1 | U | Partial Sale | 1/24 | K | | |
| 295. | | | | | Partial Sale | 2/23 | K | | |
| 296. | | | | | Partial Sale | 3/6 | K | | |
| 297. | | | | | Partial Sale | 4/24 | K | | |
| 298. | | | | | Partial Sale | 5/18 | K | | |
| 299. | | | | | Partial Sale | 6/26 | K | | |
| 300. | | | | | Partial Sale | 7/10 | K | | |
| 301. | | | | | Partial Sale | 8/24 | K | | |
| 302. | | | | | Partial Sale | 9/14 | K | | |
| 303. | | | | | Partial Sale | 10/13 | K | | |
| 304. | | | | | Partial Sale | 11/13 | K | | |
| 305. | | | | | Partial Sale | 12/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. Thornburg Core Growth Cl A (IRA) | | None | N | T | Buy | 1/12 | N | | |
| 307. | | | | | Buy | 9/28 | K | | |
| 308. Internap Delaware Inc (Com)(IRA) | | None | | | Distribution | 11/15 | J | | See Note # 2 |
| 309. | | | | | Sale | 12/7 | J | C | |
| 310. Internap Delaware Inc (Com) | | None | | | Distribution | 11/15 | J | | See Note # 2 |
| 311. | | | | | Donated | 11/17 | J | | |
| 312. STIT Liquid Asset Port M/M(Trust#2) | B | Interest | L | T | Trans. In | 3/16 | K | | See Note #5 |
| 313. Thornburg Invt Tr Intl Value Cl 1 | A | Dividend | K | T | Buy | 3/15 | J | | |
| 314. | | | | | Buy | 8/4 | J | | |
| 315. | | | | | Partial Sale | 8/23 | J | A | |
| 316. Thornburg Invt Tr Intl Value Cl 1 | A | Dividend | K | T | Buy | 3/15 | J | | |
| 317. | | | | | Buy | 8/4 | J | | |
| 318. | | | | | Partial Sale | 8/23 | J | A | |
| 319. Thornburg Invt Tr Intl Value Cl 1 | A | Dividend | K | T | Buy | 3/15 | J | | |
| 320. | | | | | Buy | 8/4 | J | | |
| 321. | | | | | Partial Sale | 8/23 | J | A | |
| 322. Jetblue (Com) | | None | P1 | T | Distributed | 12/28 | M | | See Note # 2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. Xenoport Inc(Com) | | None | | | Distributed | 11/6 | K | | See Note # 2 |
| 324. | | | | | Donated | 11/22 | L | | |
| 325. iRobot Corp (Com) | | None | | | Distributed | 8/2 | J | | See Note # 2 |
| 326. | | | | | Donated | 8/15 | J | | |
| 327. Wellcare Health Plans Inc(Com) | | None | | | Distributed | 8/2 | O | | See Note # 2 |
| 328. | | | | | Donated | 8/16 | P1 | | Donated to Foundation #1 |
| 329. | | | | | Partial Sale | 8/17 | P2 | H2 | |
| 330. | | | | | Partial Sale | 10/24 | P1 | H1 | |
| 331. | | | | | Sale | 12/20 | P1 | H1 | |
| 332. Wellcare Health Plans Inc (Com)(Foundation #1) | | None | | | Received | 8/16 | P1 | | Received fr Foundation # 1 |
| 333. | | | | | Partial Sale | 8/16 | P1 | | |
| 334. | | | | | Partial Sale | 8/22 | P1 | E | |
| 335. | | | | | Sale | 9/13 | P1 | G | |
| 336. ML Institutional Fund mm | F | Dividend | P1 | T | Opened | 3/11 | O | | |
| 337. Interactive Brokers LLC--Futures Fund | D | Interest | M | T | Buy | 5/31 | N | | |
| 338. ICP D600 LLC | | None | P1 | U | Buy | 5/18 | P1 | | |
| 339. ICP 2800B LLC | E | Distribution | M | U | Buy | 1/2 | M | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. | | | | | Partial Sale | 7/31 | K | | |
| 341. | | | | | Partial Sale | 10/31 | M | | |
| 342. Horse TV Media Group Inc SerB (Pfd) | | None | L | T | Buy | 3/20 | L | | |
| 343. 383-391 West 12th St LLC | | None | P1 | U | Buy | 6/13 | O | | |
| 344. | | | | | Buy | 10/10 | P1 | | |
| 345. Aisling Capital II LP | | None | N | U | Buy | 1/12 | K | | |
| 346. | | | | | Buy | 10/23 | N | | |
| 347. By The Way Productions LLC | | None | L | U | Buy | 11/28 | L | | |
| 348. HMLP Private Investor LLC | F | Distribution | P1 | U | Buy | 10/26 | P1 | | Seee Note # 1 |
| 349. | | | | | Buy | 11/21 | K | | |
| 350. IM Safer Inc. Preferred Ser A | | None | L | T | Buy | 6/30 | L | | |
| 351. J K & B Capital V LP | | None | J | U | Buy | 12/31 | J | | |
| 352. SEEF II LP | | None | O | U | Buy | 4/10 | M | | |
| 353. | | | | | Buy | 9/26 | O | | |
| 354. Synaxis Corp(Com) | A | Interest | | | Buy | 1/2 | J | | |
| 355. | | | | | Sale | 10/4 | J | D | |
| 356. Stafford Logistics Inc. Promissory Note | C | Interest | K | T | Buy | 2/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. Stafford Logistics Inc (Com) | | None | L | T | Buy | 2/14 | L | | |
| 358. Towerbrook Investors II Executive Fund LP | | None | P1 | U | Buy | 3/20 | P1 | | |
| 359. Trident VI LP | | None | M | U | Buy | 1/3 | K | | |
| 360. | | | | | Buy | 2/13 | K | | |
| 361. | | | | | Partial Sale | 6/30 | K | | |
| 362. | | | | | Buy | 7/10 | K | | |
| 363. | | | | | Buy | 10/16 | K | | |
| 364. Origin Low Net Exposire LP | E | Distribution | O | U | Buy | 1/2 | O | | See Note # 1 |
| 365. Kinderhook Capital Fund II LP | | None | J | U | Buy | 12/31 | J | | |
| 366. Pfizer Corp (Com) | D | Dividend | O | T | Buy | 1/3 | O | | |
| 367. | | | | | Sale | 2/23 | O | F | |
| 368. | | | | | Buy | 12/8 | O | | |
| 369. Comverse Technologies (Com) | | None | | | Buy | 2/23 | O | | |
| 370. | | | | | Sale | 4/24 | O | | |
| 371. General Electric Inc (Com) | | None | O | T | Buy | 12/11 | O | | |
| 372. Plum Creek Timber Co Inc (Com) | | None | N | T | Buy | 11/15 | N | | |
| 373. Kohls Corp (Com). | | None | O | T | Buy | 8/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. | | | | | Partial Sale | 8/22 | N | | |
| 375. Call Wellcare Health Plans Options Exp 12/16/06 | | None | | | Sale | 6/16 | N | | |
| 376. | | | | | Expired | 12/16 | J | G | |
| 377. Thornburg Inv. Tr Intl Value Cl I Fund (Foundation #1) | F | Dividend | P1 | T | Buy | 10/25 | P1 | | |
| 378. US Treassury Bill Due 3/9/06 | C | Interest | | | Buy | 1/11 | N | | |
| 379. | | | | | Redemption | 3/9 | N | | |
| 380. US Treasury Bill Due 3/23/06 | B | Interest | | | Buy | 2/24 | O | | |
| 381. | | | | | Rdemption | 3/23 | O | | |
| 382. US Treasury Bill Due 4/27/06 | D | Interest | | | Buy | 2/27 | O | | |
| 383. | | | | | Buy | 3/29 | O | | |
| 384. | | | | | Redemption | 4/27 | P1 | | |
| 385. US Treasury Bill Due 5/18/06 | D | Interest | | | Buy | 3/20 | O | | |
| 386. | | | | | Redemption | 5/18 | O | | |
| 387. US Treasury Bill Due 6/15/06 | D | Interest | | | Buy | 4/20 | O | | |
| 388. | | | | | Redemption | 6/15 | O | | |
| 389. US Treasury Bill Due 6/29/06 | D | Interest | | | Buy | 5/3 | P1 | | |
| 390. | | | | | Redemption | 6/29 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. US Treasury Bill Due 7/20/06 | D | Interest | | | Buy | 5/19 | P1 | | |
| 392. | | | | | Redemption | 7/20 | P1 | | |
| 393. US Treasury Bills Due 8/17/06 | D | Interest | | | Buy | 6/16 | P1 | | |
| 394. | | | | | Redepmtion | 8/17 | P1 | | |
| 395. US Treasury Bills Due 8/3/06 | C | Interest | | | Buy | 6/30 | O | | |
| 396. | | | | | Redepmtion | 8/3 | O | | |
| 397. US Treasurty Bills Due 9/7/06 | D | Interest | | | Buy | 6/30 | O | | |
| 398. | | | | | Redepmtion | 9/7 | P1 | | |
| 399. US Treasury Bill Due 9/28/06 | D | Interest | | | Buy | 7/25 | O | | |
| 400. | | | | | Redepmtion | 9/28 | O | | |
| 401. US Treasury Bill Due 8/24/06 | C | Interest | | | Buy | 7/26 | O | | |
| 402. | | | | | Redemption | 8/24 | O | | |
| 403. US Treasury Bill Due 9/21/06 | D | Interest | | | Buy | 8/19 | P1 | | |
| 404. | | | | | Redemption | 9/21 | P1 | | |
| 405. US Treasury Bill Due 10/19/06 | D | Interest | | | Buy | 8/24 | O | | |
| 406. | | | | | Redemption | 10/19 | O | | |
| 407. US Treasury Bill Due 11/9/06 | D | Interest | | | Buy | 9/13 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. | | | | | Redemption | 11/9 | P1 | | |
| 409. US Treasury Bill Due 11/24/06 | E | Interest | | | Buy | 9/22 | P1 | | |
| 410. | | | | | Buy | 10/25 | O | | |
| 411. | | | | | Redemption | 11/24 | P1 | | |
| 412. US Treasury bill Due 12/7/06 | D | Interest | | | Buy | 10/2 | O | | |
| 413. | | | | | Redemption | 12/7 | O | | |
| 414. US Treasury Bill Due 12/14/06 | D | Interest | | | Buy | 11/13 | P1 | | |
| 415. | | | | | Buy | 11/17 | N | | |
| 416. | | | | | Redemption | 12/14 | P1 | | |
| 417. US Treasury Bill Due 12/21/06 | D | Interest | | | Buy | 11/27 | P1 | | |
| 418. | | | | | Redepmtion | 12/21 | P1 | | |
| 419. US Treasury Bill Due 12/28/06 | C | Interest | | | Buy | 12/5 | P1 | | |
| 420. | | | | | Redemption | 12/28 | P1 | | |
| 421. US Treasury Bill Due 1/11/07 | | None | O | T | Buy | 12/14 | O | | |
| 422. US Treasury Bill Due 2/1/07 | | None | P1 | T | Buy | 12/15 | P1 | | |
| 423. Alliant Energy Corp Com(X) | | None | | | Inherited | 5/25 | K | | See Note # 4 |
| 424. | | | | | Sale | 6/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425.  Anglo American PLC ADR Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 426. | | | | | Sale | 7/12 | J | A | |
| 427.  Baxter International Inc Com(X) | A | Dividend | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 428.  Citigroup Inc Com(X) | A | Dividend | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 429.  Duke Energy Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 430. | | | | | Sale | 6/16 | J | A | |
| 431.  First Energy Com Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 432. | | | | | Sale | 6/13 | J | A | |
| 433.  Fortune Brands Inc Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 434. | | | | | Sale | 6/22 | J | | |
| 435.  Gallaher Group PLC ADR Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 436. | | | | | Sale | 6/26 | J | | |
| 437.  Hartford Financial Services Group Inc Com(X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 438. | | | | | Sale | 7/6 | J | | |
| 439.  ITT Industries Inc Com(X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 440. | | | | | Sale | 6/13 | J | | |
| 441.  Johnson & Johnson Inc Com(X) | A | Dividend | J | T | Inherited | 5/25 | J | | See Note # 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442.  KB Home Inc Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 443. | | | | | Sale | 6/26 | J | | |
| 444.  The Limited Inc Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 445. | | | | | Sale | 7/6 | J | | |
| 446.  Morgan Stanley Emerging Markets IncCom(X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 447. | | | | | Sale | 7/11 | J | | |
| 448.  Nuveen Prem Inc Muni Fd 4 (X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 449. | | | | | Sale | 7/20 | J | | |
| 450.  Nuveen Prem Inc Muni Fd (X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 451. | | | | | Sale | 6/23 | J | | |
| 452.  Nuveen Prem Inc Muni Fd 2(X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 453. | | | | | Sale | 6/29 | J | | |
| 454.  Occidental Petroleum Corp Com(X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 455. | | | | | Sale | 6/21 | J | A | |
| 456.  Praxir Inc Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 457. | | | | | Sale | 7/11 | J | A | |
| 458.  Thornburg Mortgage Asset Corp Com(X) | A | Dividend | J | T | Inherited | 5/25 | J | | See Note # 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. US Bancorp Del Com(X) | A | Dividend | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 460. Wachovia Corp Com(X) | A | Dividend | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 461. Wendy's International Inc Com(X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 462. | | | | | Sale | 6/29 | J | | |
| 463. Xerox Corp Com (X) | | None | | | Inherited | 5/25 | J | | See Note # 4 |
| 464. | | | | | Sale | 6/16 | J | | |
| 465. Toledo Edison Co Preferred (X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 466. | | | | | Sale | 12/15 | J | A | |
| 467. Butler Cnty OH 4.75 Hosp (X) | A | Interest | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 468. Cleveland OH 5.0 Pub Pwr Mtg(X) | A | Interest | | | Inherited | 5/25 | | | See Note # 4 |
| 469. | | | | | Sale | 11/15 | J | A | |
| 470. Franklin County OH 5.5 Health Care(X) | A | Interest | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 471. Franklin County OH Mtg 5.0(X) | A | Interest | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 472. Hamilton County OH 5.125 Health Care (X) | A | Interest | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 473. Madison OH 5 % Cfts Part(X) | A | Interest | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 474. Ohio State Enviorn Impt 5.625 (X) | A | Interest | J | T | Inherited | 5/25 | J | | Seee Note # 4 |
| 475. South Zanesville Ohio GO 5.25(X) | A | Interest | J | T | Inherited | 5/25 | J | | See Note # 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476.  Summit County OH Health Care 5.75(X) | A | Interest | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 477.  Wadsworth OH Hsg Dev Mtge 6.2 (X) | A | Interest | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 478.  Manulife Financial corp Com (X) | | None | J | T | Inherited | 5/25 | J | | See Note # 4 |
| 479.  Thornburg Ltd Term Muni Fund (X) | A | Dividend | K | T | Inherited | 5/25 | K | | See Note # 4 |
| 480. | | | | | Partial Sale | 12/12 | J | | |
| 481.  Dreyfus Intermediate Muni Bond Fd(X) | A | Dividend | K | T | Inherited | 5/25 | K | | See Note # 4 |
| 482.  R & T OH Tax Free MNY FD(X) | A | Dividend | | | Inherited | 5/25 | J | | See Note # 4 |
| 483. | | | | | Sale | 11/6 | K | | |
| 484.  Federal Home Loan Bank Discount Note 12/8/06 | B | Interest | | | Buy | 8/1 | L | | |
| 485. | | | | | Redemption | 12/8 | L | | |
| 486.  North Salem Aquisition & Dev Fund 2005 LP-Preferred Equity | | None | N | U | Buy | 11/15 | N | | |
| 487.  KPB Partners LP | | None | P1 | U | Buy | 12/31 | P1 | | |
| 488.  US Gov't C1 B Fund | A | Dividend | L | T | Buy | 11/16 | K | | |
| 489. | | | | | | | | | |
| 490. | | | | | | | | | |
| 491. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note #1
Explanation Re:Section VII Item #'
7,13,19,24,27,40,48,60,62,69,83,85,90,105,110,122,131,136,191,192,193,199,253,2,257,258,259,260,270,273,279,283,293,339,348,364
The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income was contained in schedule K-1 received from the partnership.

Note # 2
Explanation Re:Section VII Item #'s 308,310,322,323,325,327
These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships These securities are listed as a "Distribution" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in column D(3) is the distributees's pro rate share of the total acquisition of the assets by the Limited Partnership, as reported by the General Partner.

Note # 3
Explanation Re:Section VII Item # 9,15,47,58,80,130,135
The Limited Partnership distributed shares of securites that were purchased and held by the parthership, This information is noted as "Stock Distr"" in Column D(1). The date the shares were distributed is listed in Column D(2). The value in column D(3) is the distributee's pro rata share of the total acqusition of the assets by the Limited Partnership,as reported by the General Partner.

Note # 4
Explanation Re:Section VII Item #
423,425,427,428,429,431,433,435,437,439,441,442,444,446,448,450,452,454,456,458,459,460,461,463,465,467,468,470,471,472,473,474,475,476,477,478,479,481,482
On May 25,2006, Judge McMahon's father died. Judge McMahon thereupon obtained a beneficial interest in the holdings of the ▮▮▮▮▮▮ Revocable Trust, ▮▮▮▮▮▮▮Trustee. The disposition date of each reportable security in the Trust is noted. All securities remaining in the Trust as of March 31, 2007 were rolled into the Marital Trust in favor of Mr. McMahon's wife, whereupon Judge McMahon ceased to have a reportable beneficial interest in those securities.

Note # 5
Explanation Re:Section VII Item # 144, 312
The account at Harris Insight Money Market was transferred to the STIT Liquid Asset Port M/M.

Note # 6
Explanation Section VII Item 147,252
The company changed it's name from Colonial Printing LLC to The EPI Companies LLC during 2006. The Colonial Printing Sub Note was change to The EPI Company Sub Note during 2006.

Note # 7
Explanation Section VII Item # 162,163,164
The Money market changed it's name from MSIF MM to MSILF MM during 2006.

Note # 8
Explanation Section VII Item # 253,254,255,256
Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100% by Judge McMahon's ▮▮▮▮ The corportaion purchased various secuities and a promissory note during 2006 and are listed below the corporation The value of the securities and promissory note is included in the total indicated on line 253 Column C(1)

| Name of Person Reporting | Date of Report |
| --- | --- |
| McMahon, Colleen | 08/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date _8/13/2007_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544